UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>     v.<br><br>KLOSE WAY PARTNERS LLC, et al.,<br><br>           Defendants. | Case No. 18-cv-00513-EDL<br><br>**ORDER ACKNOWLEDGING NOTICE OF VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 11 |

The Court has received Plaintiff Scott Johnson's Notice of Dismissal of Defendant Klose Way Partners, LLC, filed February 28, 2018. Because Klose Way Partners, LLC has not yet served an answer to Plaintiff's complaint, Plaintiff may dismiss Defendant Klose Way Partners, LLC without a court order. Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED.**

Dated: March 6, 2018



ELIZABETH D. LAPORTE
United States Magistrate Judge